# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BEYER, GARY JOSEPH § Case No. 10-72717
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/13/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 05/26/2011       By: /s/JOSEPH D. OLSEN
                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BEYER, GARY JOSEPH | § Case No. 10-72717 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,200.05 |
| *and approved disbursements of* | $ 3,955.00 |
| *leaving a balance on hand of* [1] | $ 5,245.05 |
| **Balance on hand:** | $ 5,245.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,245.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,430.01 | 0.00 | 1,430.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 1,098.79 | 0.00 | 1,098.79 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,337.50 | 0.00 | 1,337.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,866.30 |
| Remaining balance: | $ 1,378.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,378.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,378.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,972.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,184.68 | 0.00 | 301.72 |
| 2 | Chase Bank USA, N.A. | 14,520.58 | 0.00 | 476.98 |
| 3 | Fia Card Services, NA/Bank of America | 18,267.05 | 0.00 | 600.05 |

Total to be paid for timely general unsecured claims: $ 1,378.75
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                             Case No. 10-72717-MB
Gary Joseph Beyer                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez             Page 1 of 1          Date Rcvd: Jun 03, 2011
                              Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2011.
db          +Gary Joseph Beyer,    400 Riverbend Dr.,   Genoa, IL 60135-1440
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,    1318 East State Street,   Rockford, IL 61104-2228
aty         +Kari A Beyer,    Legal Assistance Foundation of Metro Chi,    111 W. Jackson Blvd.,   Suite 300,
              Chicago, IL 60604-4136
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
15635546     Bank of America,    Acct No xxxx xxxx xxxx 4721,   P.O. Box 15026,   Wilmington, DE 19850-5026
15635549    ++CITIMORTGAGE,   5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,   FREDERICK MD,
              21703-8351
             (address filed with court: Citimortgage Inc.,    Acct No xxxxxxx182-1,
               5280 Corporate Drive MC 0251,   Frederick, MD 21703)
15635548     Chase,   Acct No xxxx-xxxx-xxxx-1451,    PO Box 15298,   Wilmington, DE 19850-5298
16418640     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15635551    +Katherine Gannon/Remax,    1430 Dekalb Avenue,   Sycamore, IL 60178-3308
15635553    +Pierce Harley Davidson,    969 North Peace Road,   DeKalb, IL 60115-7905
15635554   ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Acct No xxxx-xxxx-xx7-225,   P.O. Box 2188,
               Oshkosh, WI 54903-2188)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15635550     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47     Discover Card,   Acct No 0939,
              PO Box 30943,   Salt Lake City, UT 84130
16369581     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 23:57:47     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
16716078     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 23:55:03
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK 73124-8809
15635552    +E-mail/PDF: cr-bankruptcy@kohls.com Jun 03 2011 23:59:52     Kohl's,   Acct No xxxxxxx6952,
              Corporate Office,   N54 W13600 Woodale Dr,   Menomonee Falls, WI 53051-7026
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
15635547    ##Best Buy/ HSBC,   Acct No xxxx-xxxx-xxxx-5792,   Retail Services,   PO Box 15521,
              Wilmington, DE 19850-5521
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2011**          **Signature:** _Joseph Speetjens_