**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BEYER, GARY JOSEPH § Case No. 10-72717
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $248,080.30 *(without deducting any secured claims)* | Assets Exempt: $40,300.00 |
| Total Distribution to Claimants: $1,378.75 | Claims Discharged Without Payment: $41,896.02 |
| Total Expenses of Administration: $5,421.30 | |

3) Total gross receipts of $ 9,200.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00 (see **Exhibit 2**), yielded net receipts of $6,800.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $259,037.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,421.30 | 5,421.30 | 5,421.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 42,685.83 | 41,972.31 | 41,972.31 | 1,378.75 |
| **TOTAL DISBURSEMENTS** | $301,722.83 | $47,393.61 | $47,393.61 | $6,800.05 |

4) This case was originally filed under Chapter 7 on May 26, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2011          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Harley Davidson Night Train motorcycle | 1129-000 | 9,200.00 |
| Interest Income | 1270-000 | 0.05 |
| **TOTAL GROSS RECEIPTS** | | **$9,200.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gary J. Beyer | Payment of Debtor's exemption re: motorcycle | 8100-002 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citimortgage Inc. | 4110-000 | 251,260.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 4110-000 | 7,777.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$259,037.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,430.01 | 1,430.01 | 1,430.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 1,098.79 | 1,098.79 | 1,098.79 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,337.50 | 1,337.50 | 1,337.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Action Auctioneering | 3610-000 | N/A | 1,555.00 | 1,555.00 | 1,555.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,421.30 | 5,421.30 | 5,421.30 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,236.00 | 9,184.68 | 9,184.68 | 301.72 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 13,817.08 | 14,520.58 | 14,520.58 | 476.98 |
| 3 | Fia Card Services, NA/Bank of America | 7100-000 | 18,330.29 | 18,267.05 | 18,267.05 | 600.05 |
| NOTFILED | Kohl's Corporate Office | 7100-000 | 16.11 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy/ HSBC Retail Services | 7100-000 | 1,286.35 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 42,685.83 | 41,972.31 | 41,972.31 | 1,378.75 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-72717 | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | BEYER, GARY JOSEPH | Filed (f) or Converted (c): | 05/26/10 (f) |
| | | §341(a) Meeting Date: | 07/15/10 |
| Period Ending: | 08/12/11 | Claims Bar Date: | 01/28/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 400 Riverbend Drive, Genoa, IL 60135, PIN: 02-25 | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account TCF National Bank 800 Burr Ridg | 3,975.30 | 0.00 | DA | 0.00 | FA |
| 4 | refridgerator, stove, microwave, dishwasher, cof | 14,175.00 | 0.00 | DA | 0.00 | FA |
| 5 | family photos, books, CDs, DVDs | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | necessary wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | gold chain | 60.00 | 0.00 | DA | 0.00 | FA |
| 8 | camera, toys | 700.00 | 0.00 | DA | 0.00 | FA |
| 9 | Life insurance through work, beneficiary - mothe | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | pension fund through work | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401(k) account with Fidelity | 6,700.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2010 Tax Refund | Unknown | 0.00 | DA | 0.00 | FA |
| 13 | 2007 Harley Davidson Night Train motorcycle | 13,000.00 | 8,000.00 | | 9,200.00 | FA |
| 14 | 2008 Jeep Liberty | 10,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.05 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $261,080.30 | $8,000.00 | | $9,200.05 | $0.00 |

**Major Activities Affecting Case Closing:**

Only thing Trustee is administering is a 2007 Harley Davidson Motorcycle. The Trustee has custody of the bike and is scheduled to be sold at public auction 4/16/11. Presumably, will have a final report no later than 9/30/11.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011    **Current Projected Date Of Final Report (TFR):**    May 26, 2011  (Actual)

Printed: 08/12/2011 09:49 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-72717  
**Case Name:** BEYER, GARY JOSEPH  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Money Market Account  

**Taxpayer ID #:** **-***4525  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Period Ending:** 08/12/11  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/11 | {13} | Action Auctioneering | sale of Harley Davidson | 1129-000 | 9,200.00 | | 9,200.00 |
| 04/28/11 | | To Account #9200******3866 | Pay Debtor's exemption for motorcycle | 9999-000 | | 2,400.00 | 6,800.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 6,800.01 |
| 05/24/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 6,800.05 |
| 05/24/11 | | To Account #9200******3866 | Prep. of F. Rpt | 9999-000 | | 6,800.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,200.05 | 9,200.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,200.05 | |
| | | | **Subtotal** | | 9,200.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,200.05** | **$0.00** | |

{} Asset reference(s)

Printed: 08/12/2011 09:49 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72717  
**Case Name:** BEYER, GARY JOSEPH  

**Taxpayer ID #:** **-***4525  
**Period Ending:** 08/12/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/11 | | From Account #9200******3865 | Pay Debtor's exemption for motorcycle | 9999-000 | 2,400.00 | | 2,400.00 |
| 04/28/11 | 101 | Gary J. Beyer | Payment of Debtor's exemption re: motorcycle | 8100-002 | | 2,400.00 | 0.00 |
| 05/24/11 | | From Account #9200******3865 | Prep. of F. Rpt | 9999-000 | 6,800.05 | | 6,800.05 |
| 05/24/11 | 102 | Action Auctioneering | auctioneer fees/expenses for Harley Davidson | 3610-000 | | 1,555.00 | 5,245.05 |
| 07/13/11 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,337.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,337.50 | 3,907.55 |
| 07/13/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,430.01, Trustee Compensation; Reference: | 2100-000 | | 1,430.01 | 2,477.54 |
| 07/13/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,098.79, Trustee Expenses; Reference: | 2200-000 | | 1,098.79 | 1,378.75 |
| 07/13/11 | 106 | Discover Bank | Dividend paid 3.28% on $9,184.68; Claim# 1; Filed: $9,184.68; Reference: | 7100-000 | | 301.72 | 1,077.03 |
| 07/13/11 | 107 | Chase Bank USA, N.A. | Dividend paid 3.28% on $14,520.58; Claim# 2; Filed: $14,520.58; Reference: | 7100-000 | | 476.98 | 600.05 |
| 07/13/11 | 108 | Fia Card Services, NA/Bank of America | Dividend paid 3.28% on $18,267.05; Claim# 3; Filed: $18,267.05; Reference: | 7100-000 | | 600.05 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 9,200.05 | 9,200.05 | $0.00 |
| Less: Bank Transfers | | 9,200.05 | 0.00 | |
| **Subtotal** | | 0.00 | 9,200.05 | |
| Less: Payments to Debtors | | | 2,400.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $6,800.05 | |

Net Receipts: 9,200.05  
Less Payments to Debtor: 2,400.00  
Net Estate: $6,800.05  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******38-65** | 9,200.05 | 0.00 | 0.00 |
| **Checking # 9200-******38-66** | 0.00 | 6,800.05 | 0.00 |
| | $9,200.05 | $6,800.05 | $0.00 |

{} Asset reference(s)

Printed: 08/12/2011 09:49 AM    V.12.57